UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN GATES, JR., <br><br> Plaintiff, <br><br> v. <br><br> R. OLMSTEAD, and DR. FOSTER, <br><br> Defendant. | CAUSE NO. 3:22-CV-162-DRL-MGG |

OPINION AND ORDER

Brian Gates, Jr., a convicted prisoner without a lawyer, filed an unsigned reply to Defendant R. Olmstead's answer to his complaint. ECF 22. Federal Rule of Civil Procedure 11(a) requires all filings be signed. Normally when an unsigned filing is received, the filing party would be afforded the opportunity to file a signed copy. Here however, Rule 7(a)(7) only permits a reply to an answer when ordered by the court. The court has not ordered a reply. Gates did not file a motion asking for leave to file a reply and based on the contents of it, there is no indication a reply is necessary.

For these reasons, the reply (ECF 22) is STRICKEN.

SO ORDERED on May 26, 2022

s/ Michael G. Gotsch, Sr.<br>Michael G. Gotsch, Sr.<br>United States Magistrate Judge